Print Form

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Bankers Standard Insurance Company

Plaintiff,

JUDGE SWAN

-v-

Victoria Grossman

Defendant.

Case No.

RECEIVED APR 28 2014 U.S.D.C. S.D.N.Y.

14 CV 3008

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, BANKERS STANDARD INSURANCE COMPANY (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Parent Company: ACE Limited

Date: April 28, 2014

Signature of Attorney

Attorney Bar Code: PK8452

Form Rule7_1.pdf   SDNY Web 10/2007